FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2022

No. 04-22-00717-CV

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellants

v.

**CITY OF PREMONT, TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record has been filed in this appeal. However, it does not contain the March 10, 2022 "Order Granting Defendant's Motion for Discovery Sanctions" being appealed in this case. Accordingly, we **order** the trial court clerk to file a supplemental clerk's record containing the March 10, 2022 "Order Granting Defendant's Motion for Discovery Sanctions" from Cause No. 20-09-60606-CV in this court on or before **November 23, 2022**. TEX. R. APP. P. 34.5(c)(1).

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2022.

_MICHAEL A. CRUZ, Clerk of Court_

